

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2016

No. 04-16-00547-CV

**IN THE INTEREST OF M.T., A CHILD**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01326
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court